# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-4043

_____

| | | |
|---|---|---|
| Cynthia A. O'Connell, | * | |
| | * | |
| Plaintiff - Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Overson Inc., doing business | * | [UNPUBLISHED] |
| as Kasson Lumber Co., | * | |
| | * | |
| Defendant - Appellee. | * | |

_____

Submitted: June 18, 1999
Filed: July 2, 1999

_____

Before MURPHY and MAGILL, Circuit Judges, and REASONER,[1] District Judge.

_____

PER CURIAM.

Cynthia A. O'Connell was an employee of Overson Inc., a small lumber company with sixteen employees, for nine years. She was terminated for what Overson said was part of a restructuring for financial reasons, but she believed the discharge was because of her disability. O'Connell sued under the Americans with Disabilities Act (ADA) of 1990 § 107(a), 42 U.S.C. § 12117(a), the Civil Rights Act of 1991 § 102, 42 U.S.C. § 1981(a), and the Minnesota Human Rights Act, Minn. Stat. § 363.03. The

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, sitting by designation.

district court[2] granted Overson's motion for summary judgment, concluding that O'Connell had not produced sufficient evidence to show discriminatory intent or pretext. O'Connell appealed from the judgment. After a careful review of the record, we agree that Overson was entitled to summary judgment and therefore affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.